# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2223

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Arkansas. |
| Terry Lee Harmon, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: February 6, 2004

Filed: February 12, 2004

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Terry Lee Harmon pleaded guilty to possessing with intent to distribute 5 grams or more of methamphetamine (actual), in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B). The district court[1] sentenced him to 71 months imprisonment and 4 years supervised release. On appeal, Mr. Harmon's counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967).

---

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

After carefully reviewing the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues.  Accordingly, we affirm.  We also grant counsel's motion to withdraw.

_____